MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Plaintiff BRIGHTHOUSE LIFE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MANNING AVENUE PISTACHIOS, LLC, a California limited liability company; DONALD E. SCHRAMM AND NADA L. SCHRAMM REVOCABLE TRUST DATED 12/2/2010; THE THOMSEN FAMILY TRUST DATED 11/24/2010; DANIEL L. SWEET, an individual; CAROLE A. SWEET, an individual; DONALD E. SCHRAMM, an individual; NADA L. SCHRAMM, an individual; KEITH A. THOMSEN, an individual; the testate and intestate successors of CATHERINE S. THOMSEN, and all persons claiming by, through or under such decedent; FARID ASSEMI, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:24-cv-01233-KES-SAB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (MANNING AVENUE PISTACHIOS, LLC)**<br><br>(Local Rule 144)<br><br>Action Filed: October 10, 2024<br>Trial Date: Not Set |

-1-

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - Case No. 1:24-cv-01233-KES-SAB
126472059.2 0053564-00654

# STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff BRIGHTHOUSE LIFE INSURANCE COMPANY ("Plaintiff") and Defendant MANNING AVENUE PISTACHIOS, LLC, altogether the "Parties," by and through their counsel, represent and stipulate as follows:

1. The above-captioned action was commenced on October 10, 2024. Dkt. No. 1.

2. Counsel for Manning Avenue Pistachios, LLC has accepted service on behalf of Manning Avenue Pistachios, LLC.  The Parties have agreed that Manning Avenue Pistachios, LLC will file a response to the Complaint no later than December 16, 2024.

Now therefore, Plaintiff and Manning Avenue Pistachios, LLC stipulate under Local Rule 144(a) that the deadline for Manning Avenue Pistachios, LLC to file a response to the Complaint shall be December 16, 2024.

DATED: November 18, 2024                STOEL RIVES LLP

  /s/ Thomas A. Woods
MICHAEL B. BROWN, Bar No. 179222
THOMAS A. WOODS, Bar No. 210050
BENJAMIN J. CODOG, Bar No. 307034
MICHELLE J. ROSALES, Bar No. 343519

*Attorneys for Plaintiff*
BRIGHTHOUSE LIFE INSURANCE COMPANY

DATED:  November 18, 2024               MCDERMOTT WILL & EMERY LLP

 */s/ Michael Nadel*
 *(as authorized on November 18, 2024)*
ROBERT BARTON, Bar No. 269455
MICHAEL NADEL *(pro hac vice pending)*

*Attorneys for Defendant*
MANNING AVENUE PISTACHIOS, LLC