1  MICHAEL B. BROWN, Bar No. 179222
   michael.brown@stoel.com
2  THOMAS A. WOODS, Bar No. 210050
   thomas.woods@stoel.com
3  BENJAMIN J. CODOG, Bar No. 307034
   ben.codog@stoel.com
4  MICHELLE J. ROSALES, Bar No. 343519
   michelle.rosales@stoel.com
5  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
6  Sacramento, CA  95814
   Telephone: 916.447.0700
7  Facsimile: 916.447.4781

8  *Attorneys for Plaintiffs*
   BRIGHTHOUSE LIFE INSURANCE COMPANY,
9  METROPOLITAN LIFE INSURANCE COMPANY,
   and METLIFE REAL ESTATE LENDING, LLC

10

11                    UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| 13  METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, | Lead Case No. 1:24-cv-01261-KES-SAB |
| 14 | Consolidated with Case Nos: |
| 15            Plaintiff, v. | 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; |
| 16  ACDF, LLC, a California limited liability company, *et al.,* | 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241 |
| 17            Defendants. | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE;** |
| 18  ☒ Affects All Cases | **[PROPOSED] ORDER** |
| 19  ☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261 | Date: February 2, 2026 |
| 20  ☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226 | Time: 1:30 p.m. Judge: Hon. Stanley A. Boone |
| 21  ☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230 | |
| 22  ☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231 | |
| 23  ☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232 | |
| 24  ☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233 | |
| 26  ☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235 | |
| 27  ☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 | |

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -1-        LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER

151637479.2 0053564-00653

TO THE HONORABLE STANLEY A. BOONE, U.S. MAGISTRATE JUDGE:

IT IS HEREBY STIPULATED by and between Plaintiffs Brighthouse Life Insurance Company, Metropolitan Life Insurance Company, and MetLife Real Estate ending, LLC and Prudential Insurance Company of America (collectively, "Plaintiffs")[1] and Defendants[2] (together with Plaintiffs, the "Parties") through their respective counsel, that the Scheduling Conference currently set for February 2, 2026 be continued 90-days to May 4, 2026 at 1:30 p.m.

The Parties respectfully request a 90-day continuance of the Initial Scheduling Conference (to May 4, 2026). Sales of real property are in progress or have occurred. On December 28, 2025, the Court approved Prudential Insurance Company of America's substitution as the Plaintiff in the Maricopa matter (Dkt. No. 40 in *Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al.*, 1:24-cv-01231). Counsel for Prudential has also informed the parties that Prudential intends to substitute in as Plaintiff in the following matters: 1:24-cv-01261-KES-SAB; 1:24-cv-01235-KES-SAB; 1:24-cv-01226-KES-SAB; and 1:24-cv-01232-KES-SAB.

These developments are expected to significantly narrow the scope of the discovery plan and the issues to be addressed at the Initial Scheduling Conference. Given the complexity of these

---

[1] *Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al.*, 1:24-cv-01226; *Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al.*, 1:24-cv-01230; *Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al.*, 1:24-cv-01231; *Brighthouse Life Ins. Co. v. Kamm South, LLC, et al.*, 1:24-cv-01232; *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233; *Brighthouse Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01235; *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241; *Metropolitan Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01261.

[2] Defendants Maricopa Orchards, LLC; ACDF, LLC, as successor by merger to 104 Partners, LLC; Willow Avenue Investments, LLC; Ashlan & Hayes Investments, LLC; Grantor Fresno Clovis Investments, LLC; Maricopa Orchards, LLC; Manning Avenue Pistachios, LLC; C & A Farms, LLC; Cantua Orchards, LLC; FNF Farms, LLC; Panoche Pistachios, LLC; Kamm South, LLC; Donald E. Schramm and Nada L. Schramm Revocable Trust Dated 12/2/2010; The Thomsen Family Trust Dated 11/24/2010; Daniel L. Sweet, an individual; Carole A. Sweet, an individual; Donald E. Schramm, an individual; Nada L. Schramm, an individual; Keith A. Thomsen, an individual; the testate and intestate successors of Catherine S. Thomsen, deceased, and all persons claiming by, through or under such decedent; Farid Assemi, an individual; Farshid Assemi, an individual; and Darius Assemi, an individual (collectively, the "Defendants"). As of the time of this filing, counsel for Plaintiffs did not receive a response or signature authorization from counsel for Dumar, LLC and Pistache, LLC.

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER        -2-        LEAD CASE NO. 1:24-CV-01261-KES-SAB

151637479.2 0053564-00653

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

1  multi-party proceedings, the Parties request additional time to meet and confer on a discovery plan,

2  case schedule, and the matters at issue in the various cases.

3  IT IS SO STIPULATED.

4

5  DATED: January 9, 2026                    STOEL RIVES LLP

6
                                             */s/ Michelle J. Rosales*
7                                            MICHAEL B. BROWN, Bar No. 179222
                                             michael.brown@stoel.com
8                                            THOMAS A. WOODS, Bar No. 210050
                                             thomas.woods@stoel.com
9                                            BENJAMIN J. CODOG, Bar No. 307034
                                             ben.codog@stoel.com
10                                           MICHELLE J. ROSALES, Bar No. 343519
                                             michelle.rosales@stoel.com
11
                                             *Attorneys for Plaintiffs*
12                                           BRIGHTHOUSE LIFE INSURANCE
                                             COMPANY, METROPOLITAN LIFE
13                                           INSURANCE COMPANY, and METLIFE
                                             REAL ESTATE LENDING, LLC

14 DATED: January 9, 2026                    SEYFARTH SHAW LLP

15

16                                           */s/ Jason J. DeJonker*
                                             M. RYAN PINKSTON, Bar No. 310971
17                                           rpinkston@seyfarth.com
                                             KYLE W. OWEN, Bar No. 326335
18                                           kowen@seyfarth.com
                                             JASON J. DEJONKER (pro hac)
19                                           jdejonker@seyfarth.com
                                             NICHOLAS R. MARCUS (pro hac)
20                                           nmarcus@seyfarth.com

21                                           *Attorneys for Plaintiff*
                                             PRUDENTIAL INSURANCE COMPANY OF
22                                           AMERICA

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;            -3-    LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

| | | |
|---|---|---|
| 1 | DATED: January 12, 2026 | WANGER JONES HELSEY PC |
| 2 | | |
| 3 | | /s/ Ian J. Quinn |
| | | RILEY C. WALTER, Bar No. 91839 |
| 4 | | rwalter@wjhattorneys.com |
| | | IAN J. QUINN, Bar No. 342754 |
| 5 | | iquinn@wjhattorneys.com |
| 6 | | |
| 7 | | *Attorneys for Defendants* |
| | | ACDF, LLC; C&A FARMS, LLC; CANTUA ORCHARDS, LLC; FNF FARMS, LLC; |
| 8 | | KAMM SOUTH, LLC; MARICOPA ORCHARDS, LLC; ASHLAN & HAYES |
| 9 | | INVESTMENTS, LLC; PANOCHE PISTACHIOS, LLC; WILLOW AVENUE |
| 10 | | INVESTMENTS, LLC; MANNING AVENUE PISTACHIOS, LLC; GRANTOR FRESNO |
| 11 | | CLOVIS INVESTMENTS, LLC |
| 12 | DATED: January 9, 2026 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP |
| 13 | | |
| 14 | | /s/ Richard D. Steelman, Jr. |
| | | BETH ANN R. YOUNG, Bar No. 143945 |
| 15 | | bry@lnbyg.com |
| | | RICHARD D. STEELMAN, JR., Bar No. |
| 16 | | rps@lnbyg.com |
| 17 | | *Attorneys for Defendants* |
| | | FARID ASSEMI, an individual, and FARSHID |
| 18 | | ASSEMI, an individual. |
| 19 | DATED: January 10, 2026 | MOJDEHI GALVIN REGO LLP |
| 20 | | |
| 21 | | /s/ Ali M. Mojdehi |
| | | ALI M. MOJDEHI, Bar No. 123846 |
| | | ali.mojdehi@mgr-legal.com |
| 22 | | |
| 23 | | *Attorneys for Defendants* |
| | | DARIUS ASSEMI, an individual |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;      -4-      LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER

151637479.2 0053564-00653

| | |
|---|---|
| DATED: January 12, 2026 | BAKER MANOCK & JENSEN, PC |
| | |
| | */s/ Dirk B. Paloutzian* |
| | DIRK B. PALOUTZIAN, Bar No. 173676 |
| | dpaloutzian@bakermanock.com |
| | |
| | *Attorneys for Defendants* |
| | DONALD E. SCHRAMM AND NADA L. SCHRAMM REVOCABLE TRUST DATED 12/2/2010; THE THOMSEN FAMILY TRUST DATED 11/24/2010; DANIEL L. SWEET, AN INDIVIDUAL; CAROLE A. SWEET, AN INDIVIDUAL; DONALD E. SCHRAMM, AN INDIVIDUAL; NADA L. SCHRAMM, AN INDIVIDUAL; KEITH A. THOMSEN, AN INDIVIDUAL; THE TESTATE AND INTESTATE SUCCESSORS OF CATHERINE S. THOMSEN, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT |

### ATTESTATION UNDER L.R. 131(c)

Pursuant to Civil Local Rule 131(c), I attest under the penalty of perjury that the above signatories authorized the use of an electronic signature and concurred in the filing of this document.

| | |
|---|---|
| DATED: January 12, 2026 | */s/ Michelle J. Rosales* |
| | MICHELLE J. ROSALES |

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference currently set for February 2, 2026, at 1:30 p.m. shall be continued to May 4, 2026, at 1:30 a.m. in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

**IT IS SO ORDERED.**

Dated: _____  _____
UNITED STATES MAGISTRATE JUDGE