ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACDF, LLC, a California limited liability company, et al.,<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos:<br>1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241<br><br>**ORDER APPROVING SALE OF REAL PROPERTY AND FOR RELATED RELIEF PURSUANT TO AMENDED SALE NOTICE [ECF NO. 197]** |
| ☐ Affects All Cases<br>☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261<br>☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226<br>☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231<br>☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232<br>☒ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233<br>☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235 | |

☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

The Court has reviewed the *Receiver's Amended Notice of Sale Hearing and Auction* (ECF No. 197) (the "Sale Notice"), filed by Phillip Christensen, Receiver of the above-referenced estate (the "Receiver" or "Seller")[1] on January 13, 2026. The Court has previously approved sale procedures pursuant to a Sale Procedures Order (ECF No. 147) authorizing the Sale Notice. The Court has reviewed and considered the Sale Notice, the Receiver's Notice of Cancellation of Auction (ECF No. 208), the Supplemental Declaration of the Receiver (ECF No. 215), the Supplemental Declaration of Robb M. Stewart (ECF No. 214), and the Purchase and Sale Agreement ("PSA") filed with the Sale Notice. The Receiver called for higher and better bids before the Sale Hearing, and no higher or better bids were submitted. Given that there is no opposition to the Sale Notice, and good cause appearing therefor; it is hereby ORDERED THAT:

1.  The sale pursuant to the Sale Notice is APPROVED.

2.  The sale by the Receiver of the farmland and improvements thereon with respect to real property described in Exhibit A hereto (the "Subject Property"), to the Buyer, Tom Coleman or permitted assignee (the "Buyer"), for the Purchase Price of $5,200,000, is approved. The Deposit of $100,000 shall be credited to the Purchase Price and the balance must be paid at closing.

3.  The sale is free and clear of liens on the Subject Property.

4.  The closing must occur no later than 21 days after entry hereof and may occur immediately after entry hereof.

5.  The Receiver is authorized to pay real estate brokers' commissions and other costs in connection with the sale, as described in the Sale Notice.

---

[1] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

6. The Court finds that the sale satisfies 28 U.S.C. §§ 2001 and 2002.

7. The notice of the sale is adequate and proper.

8. The sale is "AS-IS" and "WHERE-IS" "WITH ALL FAULTS" and "WITHOUT REPRESENTATIONS OR WARRANTIES" except to the extent expressly and unambiguously stated in the PSA.

9. The Buyer's only remedy if the sale is not consummated through no fault of Buyer is a return of the Deposit. If the sale is not consummated due to an act or omission by Buyer, then Buyer shall forfeit the Deposit.

10. The Receiver is authorized to execute documents and take such other and further action as is necessary to close the sale.

11. This Court shall retain exclusive jurisdiction over the subject matter hereof.

IT IS SO ORDERED.

Dated: February 25, 2026

_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**Order No.:**  45006647

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN COUNTY OF FRESNO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL 1: APN: 027-171-21s & 23s:**
The Northeast quarter of Section 29, Township 15 South, Range 13 East, Mount Diablo Base and Meridian, in the unincorporated area of the County of Fresno, State of California according to the Official Plat thereof.

EXCEPTING THEREFROM that portion therefrom conveyed to the State of California, by Deed recorded April 21, 1965, in Book 5158 Page 733 of Official Records, as Document No. 33410.

**PARCEL 2: APN: 027-180-62:**
The South three-fourths (South 3/4) of the Northwest quarter of Section 25, Township 15 South, Range 13 East, Mount Diablo Base and Meridian, in the unincorporated area of the County of Fresno, State of California according to the Official Plat thereof.

**PARCEL 3: APN: 027-180-63:**
The North half of the North half of the Northwest quarter of Section 25, Township 15 South, Range 13 East, Mount Diablo Base and Meridian, in the unincorporated area of the County of Fresno, State of California according to the Official Plat thereof.

EXCEPTING THEREFROM the North 100 feet thereof, as conveyed to the County of Fresno, in the Deed recorded October 27, 1969, in Book 5732, Page 553 of Official Records, as Document No. 74705.

**PARCEL 4: APN: 027-180-72s:**
The Southwest quarter of Section 25, Township 15 South, Range 13 East, Mount Diablo Base and Meridian, in the unincorporated area of the County of Fresno, State of California according to the Official Plat thereof.

EXCEPTING THEREFROM all the oil and gas, together with the right to prospect for, mine and remove such deposits from said property upon compliance with conditions and subject to the provisions and limitations of the Act of July 17, 1914 (38 stat. 509) as reserved in the Patent from the United States of America, recorded May 1, 1942, in Book 2004, Pages 198 & 199 of Official Records, as Instrument No. 17028.

**PARCEL 5: APN: 038-061-41s:**
Lots 21, 22, 27 and 28, in Fractional Section 4, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, in the unincorporated area of the County of Fresno, State of California according to the

# EXHIBIT A
(continued)

map of a part of California Land Investment Co. Tract No. 1, recorded May 8, 1912, in Book 7, Page 49 of Record of Surveys, in the office of the County Recorder of said County.

EXCEPTING THEREFROM all that portion of said South half of Section 4, of that certain parcel of land granted to the United States of America and described in that certain Deed recorded November 15, 1963, in Book 4929, Page 440 of Official Records, as Instrument No. 90952.

ALSO EXCEPTING THEREFROM all oil, gas, petroleum and other hydrocarbon substances and minerals located in, under and upon said property, TOGETHER WITH the right to go upon said property at any time hereafter for the purpose of developing and extracting oil, gas, minerals and other hydrocarbon substances for said land, and to erect and construct upon said land any and all equipment, derricks, telephone and telegraph lines, storage tanks, and any and all things necessary or incidental to the exploration and development with the rights of way for passage over, upon and across, and egress and ingress to and from said land for any or all of the above purposes, SUBJECT to the terms and conditions contained therein, all as reserved by Elisabeth C. McCoy, a widow, in the Deed recorded September 20, 1950, in Book 2903, Page 343, of Official Records, as Instrument No. 50801.

**PARCEL 6: APN: 038-061-27s:**
A single parcel of land according to Certificate of Compliance recorded February 4, 2011, as Instrument No. 2011-0019411, of Official Records, in the unincorporated area of the County of Fresno, State of California, described as follows:

That portion of the North half of the Southeast quarter of Fractional Section 5, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, lying North of that certain parcel of land granted to the United States of America as described in that certain deed executed by Rabb Bros., a co-partnership, composed of Roy K. Rabb and John C. Rabb, partners, recorded November 15, 1963, , in Book 4929, Page 440, of Official Records, as Instrument No. 90952.

EXCEPTING THEREFROM all oil, gas, petroleum and other hydrocarbon substances and minerals located in, under and upon said property, TOGETHER WITH the right to go upon said property at any time hereafter for the purpose of developing and extracting oil, gas, minerals and other hydrocarbon substances from said land, and to erect and construct upon said land any and all equipment, derricks, telephone and telegraph lines, storage tanks, and any and all things necessary or incidental to the exploration and development of said land for oil, gas and other hydrocarbon substances and minerals, TOGETHER WITH the right of way for passage over, upon and across, and egress and ingress to and from said land for any or all of the above purposes, SUBJECT to the terms and conditions contained therein, all as reserved by Martha U. Johnson, a widow, in the Deed recorded February 27, 1948, in Volume 2628, Page 16 of Official Records, as Document No. 9952.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100