# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY, | Case No. 1:24-cv-01233-KES-SAB |
| Plaintiff, | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |
| v. | (ECF No. 45) |
| MANNING AVENUE PISTACHIOS, LLC, et al., | |
| Defendants. | |

On May 5, 2026, the parties filed a stipulation to continue the initial scheduling conference. (ECF No. 45.) For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to September 22, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: __**May 6, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge